# Third District Court of Appeal

## State of Florida

Opinion filed November 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1829
Lower Tribunal No. 15-15587
_____

**Sam Zalloum,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Sam Zalloum, in proper person.

DeLuca Law Group, PLLC, and Brandi Wilson (Fort Lauderdale), for appellee.

Before EMAS, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Zalloum v. Deutsche Bank Nat'l Tr. Co., 300 So. 3d 149 (Fla. 3d DCA 2020) (Table); De Sousa v. JP Morgan Chase, N.A., 170 So. 3d 923 (Fla. 4th DCA 2015).